# United States Court of Appeals
## District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Coalition for Independent Technology Res

**v.**

Marco A. Rubio, et al.,

**Case No:** 26-5324

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◉ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Marco A. Rubio

Markwayne Mullin

Todd Blanche

### Counsel Information

Lead Counsel: Zachariah Lindsey, Assistant United States Attorney

Direct Phone: ( 202 ) 252-6612 Fax: ( ) - Email: zachariah.lindsey@usdoj.gov

2nd Counsel: Johnny H. Walker, III, Assistant United States Attorney

Direct Phone: ( 202 ) 252-2511 Fax: ( ) - Email: johnny.walker@usdoj.gov

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name: United States Attorney's Office for the District of Columbia, Civil Division

Firm Address: 601 D Street, N.W., Washington, D.C. 20530

Firm Phone: ( 202 ) 252-2500 Fax: ( ) - Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.