UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>MARCO A. RUBIO,<br>Secretary of State,<br>Department of State, et al.,<br><br>Defendants-Appellants. | No. 26-5324<br>Civ A. No. 26-0815 |

**APPELLANTS' CERTIFICATE AS TO**
**<u>PARTIES, RULINGS, AND RELATED CASES</u>**

Pursuant to this Court's Order of September 16, 2026, and D.C. Circuit Rule 28(a)(1), appellants, Marco A. Rubio, Secretary of State, Department of State, Markwayne Mullin, Secretary, Department of Homeland Security, and Todd W. Blanche, Attorney General, Department of Justice, by and through undersigned counsel, respectfully file this certificate as to parties, rulings, and related cases.

## I. PARTIES

The plaintiff-appellee is Coalition for Independent Technology Research. The defendants-appellants are Marco A. Rubio, Markwayne Mullin, and Todd W. Blanche. There is no amicus curiae.

## II. RULINGS UNDER REVIEW

The defendants appeal from the July 14, 2026, order (R.53) and memorandum opinion (R.54) of the Honorable James E. Boasberg, which granted in part plaintiff's motion for stay and preliminary injunction. The opinion is available at 836 F. Supp. 3d 215.

## III. RELATED CASES

There are no known related cases.

JEANINE FERRIS PIRRO
United States Attorney

JOHNNY H. WALKER, III
Assistant United States Attorney

*/s/ Zachariah Linsey*

ZACHARIAH LINDEY
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-6612
zachariah.lindsey@usdoj.gov

*Attorneys for the United States of America*

Dated: October 16, 2026

## CERTIFICATE OF SERVICE

I certify that today, October 16, 2026, the foregoing has been served on the appellee through the Court's CM/ECF system.

*/s/ Zachariah Lindsey*
ZACHARIAH LINDSEY
Assistant United States Attorney