UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>MARCO A. RUBIO,<br>Secretary of State,<br>Department of State, et al.,<br><br>Defendants-Appellants. | No. 26-5324<br>Civ A. No. 26-0815 |

**APPELLANTS' STATEMENT OF ISSUES TO BE RAISED**

Pursuant to this Court's order dated September 16, 2026, Defendants-Appellants hereby respectfully submit this Statement of Issues. The issue presented on appeal is:

Whether the district court correctly determined that Plaintiff established that they were entitled to an order staying Defendants' alleged policy of subjecting noncitizens to visa denial or revocation, exclusion, or removal based on research, reporting, advocacy, or other work involving misinformation, disinformation, fact checking, content moderation, compliance, or trust and safety

* * *

JEANINE FERRIS PIRRO
United States Attorney

JOHNNY H. WALKER, III
Assistant United States Attorney

*/s/ Zachariah Linsey*

ZACHARIAH LINDEY
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-6612
zachariah.lindsey@usdoj.gov

*Attorneys for the United States of America*

Dated: October 16, 2026

**CERTIFICATE OF SERVICE**

I certify that today, October 16, 2026, the foregoing has been served on the appellees through the Court's CM/ECF system.

*/s/ Zachariah Lindsey*
ZACHARIAH LINDSEY
Assistant United States Attorney