UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>MARCO A. RUBIO,<br>Secretary of State,<br>Department of State, et al.,<br><br>Defendants-Appellants. | No. 26-5324<br>Civ A. No. 26-0815 |

**STATEMENT OF INTENT**
**TO UTILIZE DEFERRED JOINT APPENDIX**

The undersigned appellants, Marco A. Rubio, et al., state as follows:

Pursuant to Circuit Rule 30( c ) and consent of counsel for the appellee, the appellants and counsel intend to utilize the Deferred Joint Appendix.

* * *

JEANINE FERRIS PIRRO
United States Attorney

JOHNNY H. WALKER, III
Assistant United States Attorney

*/s/ Zachariah Linsey*
ZACHARIAH LINDEY
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-6612
zachariah.lindsey@usdoj.gov

*Attorneys for the United States of America*

Dated: October 16, 2026

**CERTIFICATE OF SERVICE**

I certify that today, October 16, 2026, the foregoing has been served on the appellees through the Court's CM/ECF system.

*/s/ Zachariah Lindsey*
ZACHARIAH LINDSEY
Assistant United States Attorney