UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>MARCO A. RUBIO,<br>Secretary of State,<br>Department of State, et al.,<br><br>Defendants-Appellants. | No. 26-5324<br>Civ A. No. 26-0815 |

**APPELLANT MOTION FOR A STAY**

Defendants–Appellants Marco A. Rubio, Markwayne Mullin, and Todd W. Blanche respectfully move to stay these proceedings pending the resolution of Plaintiff-Appellee's motion to clarify (R. 56) the order (R.53), which is the subject of this appeal. Undersigned counsel conferred with plaintiff's counsel, who do not oppose this relief.

There is good cause for this relief. Resolution of the motion to clarify will assist in defining the contours of the issues on appeal in this matter. Additionally, it will conserve the parties and judicial resources by avoiding duplicative briefing. This motion is made in good faith, not for the purposes of delay, and not prejudice any party in this matter. The parties have almost completed briefing on the motion to clarify and

anticipate a decision soon. October 1, 2026, Minute Order (granting in part and denying in part Plaintiff's Motion and ordering supplemental briefing); R.69 (Plaintiff's Supplemental Brief); R.70 (Defendant's Supplemental Brief).

Thus, defendants respectfully propose that all deadlines be stayed until 30 days after the district court issues a final decision on the motion to clarify, after which the parties will file a joint motion proposing a schedule for future proceedings.

JEANINE FERRIS PIRRO
United States Attorney

JOHNNY H. WALKER, III
Assistant United States Attorney

*/s/ Zachariah Linsey*
ZACHARIAH LINDEY
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-6612
zachariah.lindsey@usdoj.gov

*Attorneys for the United States of America*

Dated: October 16, 2026

## CERTIFICATE OF SERVICE

I certify that foregoing complies with Federal Rule of Appellate Procedure 27(d)(2), in that it contains 192 words, is in fourteen-point font and utilizes Century Schoolbook typeface.

*/s/ Zachariah Lindsey*
ZACHARIAH LINDSEY
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that today, October 16, 2026, the foregoing has been served on the appellees through the Court's CM/ECF system.

*/s/ Zachariah Lindsey*
ZACHARIAH LINDSEY
Assistant United States Attorney