# United States Court of Appeals
# District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Coalition for Independent Technology Research

v.

Rubio, et al.

**Case No:** 26-5324

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ◉ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Coalition for Independent Technology Research

### Counsel Information

Lead Counsel: Caroline DeCell

Direct Phone: ( 646 ) 745-8500 Fax: ( ) - Email: carrie.decell@knightcolumbia.org

2nd Counsel: Anna Diakun

Direct Phone: ( 646 ) 745-8500 Fax: ( ) - Email: anna.diakun@knightcolumbia.org

3rd Counsel: Katherine Fallow

Direct Phone: ( 646 ) 745-8500 Fax: ( ) - Email: katie.fallow@knightcolumbia.org

Firm Name: Knight First Amendment Institute at Columbia University

Firm Address: 475 Riverside Dr. Suite 302, New York, NY 10115

Firm Phone: ( 646 ) 745-8500 Fax: ( ) - Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.



Save Reset Form Print Form

# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Coalition for Independent Technology Research

v.

Rubio, et al.

**Case No:** 26-5324

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ◉ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Coalition for Independent Technology Research

### Counsel Information

Lead Counsel: ______

Direct Phone: ( ) ______ Fax: ( ) - Email: ______

2nd Counsel: Alexander Abdo

Direct Phone: ( 646 ) 745-8500 Fax: ( ) - Email: alex.abdo@knightcolumbia.org

3rd Counsel: ______

Direct Phone: ( ) ______ Fax: ( ) - Email: ______

Firm Name: Knight First Amendment Institute at Columbia University

Firm Address: 475 Riverside Dr. Suite 302, New York, NY 10115

Firm Phone: ( 646 ) 745-8500 Fax: ( ) - Email: ______

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

Save | Reset Form | Print Form