**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>Appellee,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; and TODD BLANCHE, in his official capacity as Attorney General of the United States,<br><br>Appellants. | Case No. 26-5324 |

**APPELLEE'S CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to the Court's scheduling order of September 16, 2026 and D.C. Circuit Rule 28(a)(1), Appellee submits this Certificate as to Parties, Rulings, and Related Cases.

**(A) Parties and Amici.** Appellee, who was Plaintiff in the district court, is the Coalition for Independent Technology Research. Appellants, who were Defendants in the district court, are Marco Rubio, in his official capacity as Secretary of State; Markwayne Mullin, in his official capacity as Secretary of Homeland Security; and Todd Blanche, in his official capacity as Attorney General of the

United States. The Integrity Institute, the Electronic Frontier Foundation, and the Poynter Institute for Media Studies, Inc. appeared as amici in the district court. No amici have yet appeared before this Court.

**(B) Rulings Under Review.** On July 14, 2026, United States District Chief Judge James E. Boasberg issued a memorandum opinion and order denying Plaintiff–Appellee's motion for protective order, granting in part and denying in part Plaintiff–Appellee's motion for stay and preliminary injunction, and staying Defendants–Appellants' policy of subjecting noncitizens to visa denial or revocation, exclusion, or removal based on research, reporting, advocacy, or other work involving misinformation, disinformation, fact checking, content moderation, compliance, or trust and safety pursuant to 5 U.S.C. § 705. *Coal. for Indep. Tech. Rsch. v. Rubio*, 1:26-cv-00815-JEB (D.D.C. July 14, 2026), ECF Nos. 53, 54. The July 14, 2026 opinion is available at 836 F. Supp. 3d 215 (D.D.C. 2026). Both the opinion and the order are attached to Defendants–Appellants' Notice of Appeal, which was entered on this Court's docket on September 10, 2026.

The July 14, 2026 order is the subject of a pending motion to clarify, filed on August 17, 2026. *See* Pl.'s Mot. to Clarify, *Coal. for Indep. Tech. Rsch. v. Rubio*, 1:26-cv-00815-JEB (D.D.C. Aug. 17, 2026), ECF No. 56. On October 1, 2026, Chief Judge Boasberg issued a minute order granting in part and denying in part the motion to clarify and ordering supplemental briefing, with Plaintiff's reply brief due on

October 20, 2026. Min. Order, *Coal. for Indep. Tech. Rsch. v. Rubio*, 1:26-cv-00815-JEB (D.D.C. Oct. 1, 2026).

**(C) Related Cases.** The appealed ruling has not previously been before this Court or any other court. There are no related cases pending before this Court or any other court of which counsel are aware.

Dated: October 16, 2026

Respectfully submitted,

/s/ Caroline DeCell

Caroline DeCell
Zoe Rubin*
Anna Diakun
Katherine Fallow
Alexander Abdo
Jameel Jaffer
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
carrie.decell@knightcolumbia.org

*Application to the D.C. Circuit Bar forthcoming

*Counsel for Appellee*