**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| COALITION FOR INDEPENDENT TECHNOLOGY RESEARCH,<br><br>Appellee,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; and TODD BLANCHE, in his official capacity as Attorney General of the United States,<br><br>Appellants. | Case No. 26-5324 |

**<u>RULE 26.1 DISCLOSURE STATEMENT</u>**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and D.C. Circuit Rule 26.1, Appellee Coalition for Independent Technology Research ("CITR") states as follows:

CITR is a U.S.-based, non-partisan, non-profit membership organization established to advance, defend, and sustain the right to ethically study the impact of technology on society. CITR has no parent companies, and no publicly held company has a 10% or greater ownership interest in CITR. CITR is a fiscally sponsored project of Aspiration, a non-profit organization based in California.

Aspiration also has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public.

Dated: October 16, 2026

Respectfully submitted,

/s/ Caroline DeCell

Caroline DeCell
Zoe Rubin*
Anna Diakun
Katherine Fallow
Alexander Abdo
Jameel Jaffer
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
carrie.decell@knightcolumbia.org

*Application to the D.C. Circuit Bar forthcoming

*Counsel for Appellee*