# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5324** **September Term, 2026**

**1:26-cv-00815-JEB**

**Filed On: November 6, 2026** **[2202184]**

Coalition for Independent Technology Research,

Appellee

v.

Marco A. Rubio, in his official capacity as Secretary of State, et al.,

Appellants

**ORDER**

Upon consideration of appellants' motion to stay, it is

**ORDERED** that the request for a stay of deadlines be dismissed as moot in light of the district court's resolution of the motion to clarify. It is

**FURTHER ORDERED** that the parties file motions to govern further proceedings by December 4, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Katy M. Bartelma
Deputy Clerk